UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RUTH ANN MISS VANDINE, § | |
| § | |
| Plaintiff, § | |
| § | CIVIL ACTION NO. 4:13-CV-371 |
| v. § | |
| § | |
| J.R. MOORE et al., § | |
| § | |
| Defendants. § | |
| § | |

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth at a hearing before the Court on August 22, 2014 granting Defendants' Motion to Dismiss, final judgment is hereby **ENTERED** for Defendants J.R. Moore et al. Plaintiff's claims against Defendants are **DISMISSED WITHOUT PREJUDICE** and Plaintiff has leave to file an amended complaint.

IT IS SO ORDERED.

SIGNED at Houston, Texas, on this the 3rd day in September, 2014.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE